UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mike A. Stuge,   Civil 13-cv-1135 PJS/FLN

    Plaintiff,

v.   O R D E R

Bank of America, N.A,

    Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 3, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (ECF No. 5) is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 1/27/14   s/Patrick J. Schiltz
                                                            PATRICK J. SCHILTZ
                                                            United States District Court Judge